FORM suminvol
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

BCGC Capital Group, LLC
7419 E. Indian Plaza Dr.
Suite B
Scottsdale, AZ 85251
**SSAN:**
**EIN:**

Debtor(s)

Case No.: 2:14–bk–06650–GBN

Chapter: 11

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under Title 11, United States Code, was filed against you on 5/5/14 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a motion or responsive pleading to the petition within 21 days after the service of this summons. Bankruptcy Rule 1011. A copy of the petition is attached.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

| Name and Address of Petitioner's Attorney | JOEL E SANNES<br>SLATON & SANNES<br>6720 N SCOTTSDALE RD STE 285<br>SCOTTSDALE AZ 85253 |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.
**Date: May 6, 2014**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

