ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite. 204
Phoenix, Arizona 85003-1706
Phone (602) 682-2633
Fax: (602) 514-7270

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BCGC CAPITAL GROUP, LLC,<br><br>     Debtor. | In Proceedings under Chapter 11<br><br>Case No.: 2:14-bk-06650-GBN<br><br>NOTICE OF APPEARANCE |

The Office of the United States Trustee for the District of Arizona, by undersigned counsel,

    Patty Chan
    Office of the United States Trustee
    230 N. First Avenue, Suite 204
    Phoenix, AZ 85003-1706
    Telephone: 602-682-2600
    Facsimile: 602-514-7270
    Patty.Chan@usdoj.gov

hereby appears and formally requests copies of all notices and any and all filings in the above-captioned administrative proceeding or in any contested matter or adversary proceeding herein or related thereto.

    RESPECTFULLY SUBMITTED this 7th day of May, 2014.

        ILENE J. LASHINSKY
        United States Trustee
        District of Arizona


        /s/ PC (#027115)
        PATTY CHAN
        Trial Attorney

| | |
|---|---|
| 1 | COPY of the foregoing served via<br>first class mail this 7th day of May, 2014 |
| 2 | to all parties listed below: |
| 3 | BCGC Capital Group, LLC<br>7419 E. Indian Plaza Dr. Suite B |
| 4 | Scottsdale, AZ 85251<br>Pro Se Debtor |
| 5 | |
| 6 | JOEL E. SANNES<br>Slaton & Sannes |
| 7 | 6720 N. Scottsdale Rd. #285<br>Scottsdale, AZ 85253 |
| 8 | Attorney for Petitioning Creditor Smash Boxx, LLC |
| 9 | /s/ Connie Hoover |

2