Joel E. Sannes, Bar No. 015999
sannes@sslawaz.com
**SLATON & SANNES, P.C.**
6720 N. Scottsdale Road., Suite 285
Scottsdale, Arizona 85253
(480) 483-2178 office
(480) 367-0691 fax
*Attorneys for Petitioner Smash Boxx, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11 |
|---|---|
| BCGC CAPITAL GROUP, LLC | Case No. 2:14-bk-06650-GBN |
| Debtor(s). | **PETITIONER'S MOTION TO DISMISS PETITION FOR INVOLUNTARY BANKRUOTCY** |

Petitioner, Smash Boxx, LLC ("Smash Boxx"), by and through undersigned Counsel, files this Motion to Dismiss the Petition for Involuntary Bankruptcy.

Smash Boxx is the sole Petitioner and so files this motion pursuant to 11 U.S.C. § 303(j)(1).

The reason Smash Boxx is making this motion to dismiss is that – following the filing of the involuntary petition, -- the alleged Debtor BCGC Capital Group along with Smash Boxx, BCGC's creditors, and BCGC's equity members reached a global resolution of any and all known disputes.

Notice of this Motion is being provided to all known creditors.

DATED this 8th day of May, 2014.

**SLATON & SANNES, P.C.**

/s/     Joel E. Sannes
Sandra L. Slaton
Joel E. Sannes
*Attorneys for Elmer Parsons*

ORIGINAL of the foregoing filed
this 8th day of May, 2014

COPY of the foregoing mailed
this 8th day of May, 2014, to:

BCGC Capital Group, LLC
7419 E. Indian Plaza Dr. Suite B
Scottsdale, AZ 85251
Pro Se Debtor

Patty Chan
Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003BCGC Capital Group, LLC
7419 E. Indian Plaza Dr. Suite B
Scottsdale, AZ 85251

Creditors on mailing matrix:

By Rebecca Powers

CreditorMailing
In re BCGC, LLC
Case No. 2:14-bk-06650-GBN

| SHERCON, LLC<br>Richard Brett Sherin<br>1660 E HALE ST<br>MESA, AZ 85203<br><br>SHERCON, LLC<br>127 W. Juanita Ave. No. 109<br>Mesa, AZ 85210 | Brian Reude<br>3010 E. Mariposa<br>Phoenix, AZ 85016 | Chad Landau<br>7328 E. Stetson Dr.<br>Scottsdale, AZ 85251 |
|---|---|---|
| G.R. Boone Entertainment, LLC<br>5817 N. Granite Reef Rd.<br>Scottsdale, AZ 85250 | Private Star<br>5817 N. Granite Reef Rd.<br>Scottsdale, AZ 85250 | Lukus Olbert<br>7328 E. Stetson Dr.<br>Scottsdale, AZ 85251 |
| David Peterson<br>dpetersen@gmail.com | Ryan Peterson<br>rpetersen@gmail.com | |