Joel E. Sannes, Bar No. 015999
sannes@sslawaz.com
**SLATON & SANNES, P.C.**
6720 N. Scottsdale Road., Suite 285
Scottsdale, Arizona 85253
(480) 483-2178 office
(480) 367-0691 fax
*Attorneys for Petitioner Smash Boxx, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11 |
|---|---|
| BCGC CAPITAL GROUP, LLC | Case No. 2:14-bk-06650-GBN |
| Debtor(s). | **NOTICE OF HEARING ON MOTION TO DISMISS PETITION FOR INVOLUNTARY BANKRUPTCY** |

**TO: DEBTOR, ALL CREDITORS AND PARTIES IN INTEREST**

**NOTICE IS HEREBY GIVEN** that a hearing regarding the Motion to Dismiss Petition for Involuntary Bankruptcy will be held on June 5, 2014 at 9:45 a.m. before the Honorable George B. Nielsen, Jr., U.S. Bankruptcy Court, Courtroom 602, 6th Floor, 230 N. First Ave., Phoenix, Maricopa County, AZ 85003. Petitioner Smash Boxx, LLC has moved to dismiss the Petition because Smash Boxx and the alleged Debtor resolved the matter and also because debtor resolved all creditor claims.

**NOTICE IS FURTHER GIVEN** that any response or objections to the Motion must be in writing, filed with the Clerk of the U.S. Bankruptcy Court, 230 N. First Avenue, 1st Floor, Phoenix, AZ 85003 or, as applicable, filed electronically according to the procedures and rules of the Court, **on or before fourteen (14) days from the mailing of this notice plus three (3) days for mailing (June 2, 2014)** with a copy sent to counsel for Elmer R. Parsons at the following address:

> Joel E. Sannes, Bar No. 015999
> **SLATON & SANNES, P.C.**
> 6720 N. Scottsdale Road., Suite 285
> Scottsdale, Arizona 85253

**Please be advised that failure to respond or object to the Motion may result in the entry of an Order granting the relief requested therein.**

DATED this 16th day of May, 2014.

> **SLATON & SANNES, P.C.**
>
> /s/     Joel E. Sannes
> Sandra L. Slaton
> Joel E. Sannes
> *Attorneys for Petitioner*

| | |
|---|---|
| 1 | ORIGINAL of the foregoing filed this 16th day of May, 2014 |
| 2 | |
| 3 | COPY of the foregoing mailed this 16th day of May, 2014, to: |
| 4 | |

1  ORIGINAL of the foregoing filed
   this 16th day of May, 2014
2
   COPY of the foregoing mailed
3  this 16th day of May, 2014, to:

4

5  BCGC Capital Group, LLC
   7419 E. Indian Plaza Dr. Suite B
6  Scottsdale, AZ 85251
   Pro Se Debtor
7
   Patty Chan
8  Office of the United States Trustee
   230 N. First Ave., Suite 204
9  Phoenix, AZ 85003BCGC Capital Group, LLC
   7419 E. Indian Plaza Dr. Suite B
10 Scottsdale, AZ 85251

11 Creditors on mailing matrix:

12

13 By Rebecca Powers

SLATON & SANNES, P.C.
6720 N. Scottsdale Rd.
Suite 285
Scottsdale, AZ 85253

SLATON & SANNES, P.C.
6720 N. Scottsdale Rd.
Suite 285
Scottsdale, AZ 85253

CreditorMailing
In re BCGC, LLC
Case No. 2:14-bk-06650-GBN

| SHERCON, LLC<br>Richard Brett Sherin<br>1660 E HALE ST<br>MESA, AZ 85203<br><br>SHERCON, LLC<br>127 W. Juanita Ave. No. 109<br>Mesa, AZ 85210 | Brian Reude<br>3010 E. Mariposa<br>Phoenix, AZ 85016 | Chad Landau<br>7328 E. Stetson Dr.<br>Scottsdale, AZ 85251 |
|---|---|---|
| G.R. Boone Entertainment, LLC<br>5817 N. Granite Reef Rd.<br>Scottsdale, AZ 85250 | Private Star<br>5817 N. Granite Reef Rd.<br>Scottsdale, AZ 85250 | Lukus Olbert<br>7328 E. Stetson Dr.<br>Scottsdale, AZ 85251 |
| David Peterson<br>dpetersen@gmail.com | Ryan Peterson<br>rpetersen@gmail.com | |