# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|             |                                              |          |    |
|------------:|----------------------------------------------|---------:|----|
| Debtor:     | BCGC CAPITAL GROUP, LLC                      |          |    |
| Case Number:| 2:14-bk-06650-GBN                            | Chapter: | 11 |
| Date / Time / Room: | THURSDAY, JUNE 05, 2014 09:45 AM   6TH FLOOR #602 | | |
| Bankruptcy Judge: | GEORGE B. NIELSEN                      |          |    |
| Courtroom Clerk:  | LUANN BELLER                           |          |    |
| Reporter / ECR:   | ANDAMO PURVIS                          |          |    |

### Matter:

MOTION TO DISMISS CASE FILED BY SMASH BOXX, LLC.

R / M #:  5 / 0

### Appearances:

JOEL SANNES, ATTORNEY FOR SMASH BOXX

### Proceedings:

Mr. Sannes informed the Court that this matter has been resolved.

COURT: THE COURT NOTED THAT THIS CASE IS VOLUNTARILY DISMISSED. THE COURT WILL SIGN THE ORDER WHEN SUBMITTED. THE CLERK'S OFFICE IS DIRECTED TO CLOSE THIS CASE.