Joel E. Sannes, Bar No. 015999
sannes@sslawaz.com
**SLATON & SANNES, P.C.**
6720 N. Scottsdale Road., Suite 285
Scottsdale, Arizona 85253
(480) 483-2178 office
(480) 367-0691 fax
*Attorneys for Petitioner Smash Boxx, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| BCGC CAPITAL GROUP, LLC | Case No. 2:14-bk-06650-GBN |
| Debtor(s). | **NOTICE OF LODGING FORM OF ORDER OF DISMISSAL** |

Petitioner Smash Boxx, LL, by and through undersigned counsel, hereby provides notice of lodging its form of Order granting Petitioner's Motion to Dismiss. The form of Order is attached as Exhibit 1 hereto.

DATED this 9th day of July, 2014.

**SLATON & SANNES, P.C.**

/s/     Joel E. Sannes
Sandra L. Slaton
Joel E. Sannes
*Attorneys for Petitioner*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | ORIGINAL of the foregoing filed this 9th day of July, 2014 |
| 6 | |
| 7 | COPY of the foregoing mailed this 9th day of July, 2014, to: |
| 8 | BCGC Capital Group, LLC |
| 9 | 7419 E. Indian Plaza Dr. Suite B<br>Scottsdale, AZ 85251<br>Pro Se Debtor |
| 10 | |
| 11 | Patty Chan<br>Office of the United States Trustee |
| 12 | 230 N. First Ave., Suite 204<br>Phoenix, AZ 85003BCGC Capital Group, LLC |
| 13 | 7419 E. Indian Plaza Dr. Suite B<br>Scottsdale, AZ 85251 |
| 14 | Creditors on mailing matrix: |
| 15 | |
| 16 | By Andrea Hill |

SLATON & SANNES, P.C.
6720 N. Scottsdale Rd.
Suite 285
Scottsdale, AZ 85253

CreditorMailing
In re BCGC, LLC
Case No. 2:14-bk-06650-GBN

| SHERCON, LLC<br>Richard Brett Sherin<br>1660 E HALE ST<br>MESA, AZ 85203<br><br>SHERCON, LLC<br>127 W. Juanita Ave. No. 109<br>Mesa, AZ 85210 | Brian Reude<br>3010 E. Mariposa<br>Phoenix, AZ 85016 | Chad Landau<br>7328 E. Stetson Dr.<br>Scottsdale, AZ 85251 |
|---|---|---|
| G.R. Boone Entertainment, LLC<br>5817 N. Granite Reef Rd.<br>Scottsdale, AZ 85250 | Private Star<br>5817 N. Granite Reef Rd.<br>Scottsdale, AZ 85250 | Lukus Olbert<br>7328 E. Stetson Dr.<br>Scottsdale, AZ 85251 |
| David Peterson<br>dpetersen@gmail.com | Ryan Peterson<br>rpetersen@gmail.com | |

SLATON & SANNES, P.C.
6720 N. Scottsdale Rd.
Suite 285
Scottsdale, AZ 85253

# Exhibit 1

Joel E. Sannes, Bar No. 015999
sannes@sslawaz.com
**SLATON & SANNES, P.C.**
6720 N. Scottsdale Road., Suite 285
Scottsdale, Arizona 85253
(480) 483-2178 office
(480) 367-0691 fax
*Attorneys for Petitioner Smash Boxx, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11 |
|---|---|
| BCGC CAPITAL GROUP, LLC | Case No. 2:14-bk-06650-GBN |
| Debtor(s). | **ORDER OF DISMISSAL** |

**TO: DEBTOR, ALL CREDITORS AND PARTIES IN INTEREST**

Based upon the Motion to Dismiss Petition for Involuntary Bankruptcy filed by Petitioner Smash Boxx, LLC on May 8, 2014,

IT IS HEREBY ORDERED that this case is dismissed.

Date: _____

_____
Hon. George B. Nielsen