Joel E. Sannes, Bar No. 015999
sannes@sslawaz.com
**SLATON & SANNES, P.C.**
6720 N. Scottsdale Road., Suite 285
Scottsdale, Arizona 85253
(480) 483-2178 office
(480) 367-0691 fax
*Attorneys for Petitioner Smash Boxx, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| BCGC CAPITAL GROUP, LLC | Case No. 2:14-bk-06650-GBN |
| Debtor(s). | **ORDER OF DISMISSAL** |

**TO: DEBTOR, ALL CREDITORS AND PARTIES IN INTEREST**

Based upon the Motion to Dismiss Petition for Involuntary Bankruptcy filed by Petitioner Smash Boxx, LLC on May 8, 2014,

IT IS HEREBY ORDERED that this case is dismissed.

Date: _____

_____
Hon. George B. Nielsen