ORDERED ACCORDINGLY.

*The Clerk shall close this adversary file.*

Dated: July 10, 2014

**George B. Nielsen, Bankruptcy Judge**

Joel E. Sannes, Bar No. 015999
sannes@sslawaz.com
**SLATON & SANNES, P.C.**
6720 N. Scottsdale Road., Suite 285
Scottsdale, Arizona 85253
(480) 483-2178 office
(480) 367-0691 fax
*Attorneys for Petitioner Smash Boxx, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11 |
|---|---|
| BCGC CAPITAL GROUP, LLC | Case No. 2:14-bk-06650-GBN |
| Debtor(s). | **ORDER OF DISMISSAL** |

**TO: DEBTOR, ALL CREDITORS AND PARTIES IN INTEREST**

Based upon the Motion to Dismiss Petition for Involuntary Bankruptcy filed by Petitioner Smash Boxx, LLC on May 8, 2014,

IT IS HEREBY ORDERED that this case is dismissed.

Date: _____

_____
Hon. George B. Nielsen

1

```
                           United States Bankruptcy Court
                                 District of Arizona
In re:                                                          Case No. 14-06650-GBN
BCGC Capital Group, LLC                                         Chapter 11
        Debtor                 CERTIFICATE OF NOTICE
```

District/off: 0970-2            User: benninks            Page 1 of 1            Date Rcvd: Jul 10, 2014
                                Form ID: pdf002           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2014.
db          +BCGC Capital Group, LLC,    7419 E. INDIAN PLAZA DR., SUITE B,    SCOTTSDALE, AZ 85251-3594
ptcrd       +Smash Boxx, LLC,   7904 E. Chaparral Rd.,   Scottsdale, AZ 85250-7210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcynotices@azdor.gov Jul 10 2014 23:57:00     AZ DEPARTMENT OF REVENUE,
             BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2014                          Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2014 at the address(es) listed below:
              JOEL E. SANNES    on behalf of Petitioning Creditor    Smash Boxx, LLC sannes@sslawaz.com
              JOEL E. SANNES    on behalf of Debtor    BCGC Capital Group, LLC sannes@sslawaz.com
              PATTY  CHAN    on behalf of U.S. Trustee    U.S. TRUSTEE patty.chan@usdoj.gov,
               connie.s.hoover@usdoj.gov
                                                                                             TOTAL: 3